```
Court Name: United States District Court
Division: 1
Receipt Number: 14683063499
Cashier ID: rbroaden
Transaction Date: 01/04/2017
Payer Name: J LINLOR
------------------------------------
CIVIL FILING FEE
 For: J LINLOR
 Amount:      $400.00
------------------------------------
CHECK
 Remitter: J LINLOR
 Check/Money Order Num: 3012
 Amt Tendered: $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

FILING FEE
117CV13
```