NOTE: the return address here has been requested to be redacted from the case file, and I request that you do NOT list it in CMF/ECF/PACER per the motion before the Court – it is provided here for the Clerks' convenience:

JL
PO Box 1812
Zephyr Cove, NV  89448

January 13, 2017

JAN 17 2017

Albert V. Bryan U.S. Courthouse
Att: Clerk of the Court
401 Courthouse Square
Alexandria, VA 22314

Ladies and Gentlemen:             Ref Case #1:17CV13 (JCC/JFA)

As I am the Pro se Plaintiff in this case, a FedEx return pre-paid envelope is enclosed for the following responses:

1. Would you please send me a stamped (conformed) copy of the summons issued to Defendant Michael Polson;
2. I had requested a hearing on the motion to redact for 27 January at 10:00. Has this been approved and scheduled? (I am making travel plans with this expectation, but can you please confirm.)
3. I did not receive any potential date for an initial Case Management Conference for me to attend. Could you let me know the date for this, if it has been set yet, so I can make travel plans?

Regards,

*[signature]*

Capt. JL