January 23, 2017

PO Box 1812
Zephyr Cove, NV 89448

*Copy Also Sent to:*
United States District Court Eastern District of Virginia
ATTN: Clerk's Office, Civil Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314



Civil Action 1:17 CV 13

To Whom It May Concern:

I received a summons in Civil Action No 1:17 CV 13. However, I am not the Michael Polson you are seeking. I do not know exactly how to prove that I am *not* the person you want but allow me to list several ways:
1) I am not nor have I ever been a TSA agent.
2) I have never been arrested for striking an off-duty pilot—or arrested at all.
3) On March 10, 2016, I was in Philadelphia working on an academic paper and grading papers—tasks that are part of my actual job as a university professor.
4) I am not the person portrayed in Exhibit A photos. (Not being a TSA agent I don't possess the uniform, access, or authority to be in such a place or position.)

I presume the Plaintiff located me through www.virginiaarrests.org, as indicated in Exhibit C. This is perplexing as I have never been arrested. The site seems to find a record for each of my family members, too, and only one of them has ever faced an arrest. I deduce that a "search result" indicates that a person exists and has lived in Virginia before—not that they have an arrest record. The Plaintiff would be advised to pay the subscription price for the website to produce whatever arrest record they believe to exist. Regardless of this matter, the Plaintiff still has the wrong person and I would hope that Exhibit C be revised or eliminated from the case file, as it points to the wrong person.

Perhaps the name Michael Polson was a fake name given by the TSA agent—the complaint indicates agents gave fake identifiers and their records were not run by police. Either way, I urge the Plaintiff to identify the correct TSA agent through TSA official communication. If the Plaintiff believes me to still be the identified agent, I urge the Plaintiff to produce actual documents linking me—this specific Michael Polson—to the actual incident.

If further information is needed by the court, please advise.

Regards,

Michael Polson, PhD

*[signature]* 1-23-17

M. Robson
1004 S. 45th St.
Phila, PA 19104

United States District Court Eastern District of Virginia
ATTN: Clerk's Office, Civil Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Sq.
Alexandria VA 22314