FILED

2017 MAY -9  P 1: 55

ERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

1  Capt. James Linlor, pro se
2  PO Box 1812, Zephyr Cove, NV  89448
   (775) 298-1505
3
4  MICHAEL POLSON
   817 Carlton Otto Lane #23
5  Odenton, MD  20120
6  No phone # provided contrary to CivLR 7(b)

7

8           UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF VIRGINIA
9                  Alexandria Division
10

11  Capt. James Linlor, pro se    )
         Plaintiff                )    Case No.  1:17cv13 (JCC/JFA)
12                                )
13          v.                    )    NOTICE OF DEFAULT
                                  )
14  MICHAEL POLSON,               )
15  in his personal capacity      )
         Defendant                )
16

17  Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or
18  otherwise defend the re-Ordered Summons Ordered and issued on February 16, 2017,
19  the First Amended Complaint of February 07, 2017 has been regularly served on
20  March 07, 2017 upon the Defendant hereinafter named, Defendant not being an infant
21  or incompetent person, that the Soldiers' and Sailors' Civil Relief Act of 1940 does not
22  apply, and that notice has been served on the defaulting party.  Now, therefore, on
23  request of Plaintiff, the DEFAULT, as aforesaid, of the following Defendant
24  MICHAEL POLSON, in his personal capacity. in the above-entitled action is hereby
25  filed by Plaintiff and requested to be entered by the Clerk of the Court.
26
27  DATED:                          Clerk's file stamp:

28

NO ATTORNEY ASSISTED IN THE PREPARATION OF THIS DOCUMENT.

I certify that all statements in this filing are true and correct, under penalty of perjury. A copy of this notice was served on the Defendant by certified US Mail, sent on May 8, 2017.

_____\_____ James Linlor        _5/8/17_
signed                                date

Addresses:

Capt. James Linlor, pro se
PO Box 1812, Zephyr Cove, NV  89448
(775) 298-1505

MICHAEL POLSON
817 Carlton Otto Lane #23
Odenton, MD  20120
No phone # provided contrary to CivLR 7(b)