**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JAMES LINLOR, )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL POLSON, )<br>)<br>     Defendant. )<br>_____ ) | Case No. 1:17cv00013 (JCC/JFA) |

## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6), Defendant Michael Polson, through its undersigned counsel, hereby respectfully moves this Court to dismiss Plaintiff's Amended Complaint and claim in this action for failure to state a claim. The grounds for this motion are fully explained in the simultaneously-filed memorandum of law in support of the motion.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By:    _____/s/_____
NICOLE N. MURLEY
Special Assistant U.S. Attorney
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3831
Fax:         (703) 299-3983
Email:  Nicole.N.Murley@usdoj.gov

DATE: May 10, 2017                                ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

  I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I caused a true and correct copy of the foregoing to be sent to the following via first-class mail:

James Linlor
P.O. Box 1812,
Zephyr Cove, NV 89448

Date: May 10, 2017         _____/s/_____
                  NICOLE N. MURLEY
                  Special Assistant U.S. Attorney
                  2100 Jamieson Avenue
                  Alexandria, Virginia 22314
                  Telephone: (703) 299-3831
                  Fax:  (703) 299-3983
                  Email:  Nicole.N.Murley@usdoj.gov

                  ATTORNEYS FOR DEFENDANTS