**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JAMES LINLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17cv00013 (JCC/JFA) |
| ) | |
| MICHAEL POLSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### *ROSEBORO* **NOTICE**

Pursuant to Local Rule 7(J), and in accordance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), Plaintiff is advised that he has the right to file a response opposing this motion, and that failure to respond may result in the relief requested in this motion—the dismissal of his complaint—being granted. Plaintiff's response must identify all facts stated by Defendant with which Plaintiff disagrees and must set forth his version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a statement that it is filed under penalty of perjury). Plaintiff may also file a legal brief in opposition to the one filed by Defendant. Unless the Court orders otherwise, Plaintiff's response must be filed, and a copy provided to the defendant's counsel, within twenty-one (21) days of the date Defendant's motion is filed. The Defendant's motion was filed on May 10, 2017.

///

          Respectfully submitted,

          DANA J. BOENTE
          UNITED STATES ATTORNEY

By:  _____/s/_____
          NICOLE N. MURLEY
          Special Assistant U.S. Attorney
          DENNIS C. BARGHAAN, JR.
          Deputy Chief, Civil Division
          2100 Jamieson Avenue
          Alexandria, Virginia 22314
          Telephone: (703) 299-3831
          Fax:   (703) 299-3983
          Email:  Nicole.N.Murley@usdoj.gov

DATE: May 10, 2017      ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I caused a true and correct copy of the foregoing to be sent to the following via first-class mail:

James Linlor<br>
P.O. Box 1812,<br>
Zephyr Cove, NV 89448

Date: May 10, 2017                                  _____/s/_____
                                                                NICOLE N. MURLEY
                                                                Special Assistant U.S. Attorney
                                                                 2100 Jamieson Avenue
                                                                 Alexandria, Virginia 22314
                                                                 Telephone: (703) 299-3831
                                                                 Fax:         (703) 299-3983
                                                                 Email:  Nicole.N.Murley@usdoj.gov

                                                               ATTORNEYS FOR DEFENDANTS