Capt. J Linlor
1405 S Fern St #90341
Arlington, VA 22202

United States District Court
Clerk of the Court                         RE: Linlor v. Polson (17-CV-00013)

Ladies and Gentlemen:

I submitted a new address to the Clerk on June 22, 2017, via an original, signed request that the Clerk's office accepted and confirmed as valid. On the same day, I supplied the same address change to Defendant and the US Attorney's office.

Since then, both the Clerk, and the US Attorney (who is inexplicably defending a felony-arrested sexual predator Michael Polson instead of me, the victim), have sent me letters mis-addressed, plus not using my proper title of Captain James Linlor (specifically listed as Capt. J. Linlor, but either spelling is fine). Non-compliance with proper mail addressing results in defective service and returned mail. So far, my mail has been delayed, but my mail service has informed me that this is more fortuitous (that delivery eventually succeeded) than should be expected.

Per our phone conversation on June 30th, I have taken significant time and expense (requiring notarized proofs of name and address, etc.), to set up the remote fax/mailing service at the new addresses provided (and repeated below) to minimize communication delays, since the Clerk's office and Defendant have not provided fax copies to Plaintiff despite my cross-country domicile. These addresses serve thousands of letters each day for mail faxing and forwarding, and it is imperative on the Court and Defense Counsel to please use the exact addressing provided. After repeated petty and unprofessional refusals by Defense Counsel to comply, a Motion to compel compliance is separately before the Court. I believe that the Clerk's office is much more amenable, but this is merely a specific topic that is equally challenging among the thousands of letters the Clerk must process each day. I apologize for this needing to be a specific and explicit request.

Since Captain is Plaintiff's recognized official and certificated title, Plaintiff requests that per Court rules of procedure and decorum, that it be used on official correspondence. Not using my official title leads to delays or possible rejection of delivery. Your cooperation and correction of this in your systems is appreciated.

For timely service of Court Orders and Notifications in Linlor v. Polson (17-CV-00013), please use the following addresses, or the fax # of record. Service by fax is not authorized, but courtesy copies are accepted via fax.

Plaintiff's fax # already on-file with the Court and Defendant. Addresses are repeated below.

How to address my Mail

Capt. J Linlor
1405 S Fern St #90341
Arlington, VA 22202

How to address my Packages

Capt. J Linlor
500 Westover Dr #90341
Sanford, NC 27330

Date: ___7/6/17_____  Signed: ___✒___ (Capt. James Linlor)

Address for Clerk of the Court:
US District Court
Clerk of the Court
401 Courthouse Square
Alexandria, VA  22314